UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 16 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **Criminal No.** |
| | § | |
| JOAQUIN GUILLERMO DAVID-USUGA, | § | |
| also known as "Guillermo," | § | |
| JOSE ALFREDO VALENCIA, | § | |
| JHONY FIDEL CUELLO-PETRO, | § | |
| also known as "Mocho" | § | |

18CR 469

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(International Cocaine Distribution Conspiracy)

Beginning at least as early as January 2012, the exact date being unknown to the Grand Jury, and continuing thereafter until the return of this Indictment, in the country of Colombia and elsewhere, within the extraterritorial jurisdiction of the United States, the defendants,

JOAQUIN GUILLERMO DAVID-USUGA,
aka "GUILLERMO,"
JOSE ALFREDO VALENCIA,
JHONY FIDEL CUELLO-PETRO,
aka "MOCHO,"

did knowingly conspire and agree together and with other persons known and unknown to the Grand Jury to manufacture, possess with intent to distribute and distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, or having reasonable cause to believe, that such substance would be unlawfully imported into the United States.

In violation of Title 21, United States Code, §§ 963, 959(a), 960(a)(3) and (b)(1)(B).

**COUNT TWO**
(International Cocaine Distribution)

On or about May 1, 2018, and continuing through on or about May 6, 2018, in the country

of Colombia, within the extraterritorial jurisdiction of the United States, defendants

**JOAQUIN GUILLERMO DAVID-USUGA,**
aka "GUILLERMO,"
**JOSE ALFREDO VALENCIA,**
and
**JHONY FIDEL CUELLO-PETRO,**
aka "MOCHO,"

did knowingly and intentionally manufacture, possess with intent to distribute and distribute a

controlled substance, intending, knowing, or having reasonable cause to believe, that such

substance would be unlawfully imported into the United States. The controlled substance involved

was more than 5 kilograms, that is, approximately 20 kilograms of a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 959(a), 960(a)(3) and (b)(1)(B), and Title

18, United States Code, § 2.

## NOTICE OF CRIMINAL FORFEITURE
(21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants,

JOAQUIN GUILLERMO DAVID-USUGA,
aka "GUILLERMO,"
JOSE ALFREDO VALENCIA,
and
JHONY FIDEL CUELLO-PETRO,
aka "MOCHO,"

that in the event of conviction of an offense in violation of Title 21, United States Code, Sections 963 or 959, the following property, whether real or personal, is subject to forfeiture to the United States:

1.  all property constituting, or derived from, all proceeds obtained, directly or indirectly, as a result of such offense; and

2.  all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

## MONEY JUDGMENT: SUBSTITUTE ASSETS

The United States may seek the imposition of a money judgment. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants in substitution up to the total value of the property subject to forfeiture.

A TRUE BILL

Original Signature on File
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

Casey N. MacDonald
Assistant United States Attorney

3