UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Criminal No. 4:18-cr-469 |
| JHONY FIDEL CUELLO-PETRO | § | |

## GOVERNMENT'S NOTICE OF EXTRADITION DECISION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America ("Government") by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney and files this Notice concerning the Extradition Decision in this case:

1. The Defendant is a national of Colombia. The Government of Colombia granted the United States' request for extradition in connection with this case on January 2, 2020.

2. The Defendant is charged with one count of conspiracy to distribute a controlled substance for the purpose of unlawful importation and one count of distribution of a controlled substance for the purpose of unlawful importation in violation of Title 21 United States Code Sections 963, 959(a), 960(a)(3) and (b)(1)(B).

3. The Government of Colombia has approved the Defendant's extradition with respect to Counts One and Two entirely as charged.

6. A copy of the original extradition decisions from Colombia's Ministry of Justice and Law is attached as Exhibit 1. A translated English copy is attached as Exhibit 2.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

BY:    */s Casey N. MacDonald*

Casey N. MacDonald
Assistant United States Attorney
Federal Bar No. 915752
New Jersey Bar No. 043362000
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Fax:    713-718-3301

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing notice was filed with the District Clerk's Office and was provided to counsel of record via ecf filing on December 2, 2020.

*s/ Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney